# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL ARTHUR HELEVA,** | : | **CIVIL NO. 1:07-CV-1398** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN MRS M. BROOKS, and PA STATE ATTORNEY GENERAL,** | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 9th day of January, 2018, upon consideration of the amended petition for writ of habeas corpus (Doc. 35), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The amended petition for writ of habeas corpus (Doc. 35) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania